## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02937-KAS

ROSSANA CHANG, MD, an individual,

      Plaintiff,

v.

OBSTETRIX MEDICAL GROUP OF COLORADO, P.C.,

      Defendant.

---

## JOINT MOTION FOR LEAVE TO FILE EXHIBIT TO JOINT MOTION TO STAY LITIGATION PENDING ARBITRATION AS RESTRICTED

---

Plaintiff Rossana Chang and Defendant Obstetrix Medical Group of Colorado, P.C., ("OMGC") (Plaintiff and Defendant are collectively referred to as the "Parties"), by and through their counsel, respectfully submit this Joint Motion for Leave to File Under "Restricted" status Exhibit A to their Joint Motion to Stay Litigation Pending Arbitration filed on February 16, 2024 [ECF No. 25], pursuant to D.C.COLO.LCivR 7.2, and states the following in support:

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(A)

Pursuant to D.C.COLO.LCivR 7.1(A), counsel conferred regarding this Motion and file it jointly.

1.      Exhibit A to the Joint Motion to Stay Litigation Pending Arbitration is Plaintiff's Employment Agreement with Defendant and contains confidential personal and business information specific to Plaintiff's pay and other terms of her employment while employed with Defendant and should be protected from public access.

WHEREFORE, the Parties respectfully request the Court to enter an order granting leave to file Exhibit A to their Joint Motion to Stay Litigation Pending Arbitration as Restricted, Level 1.

Respectfully submitted this 16th day of February, 2024.

LEVENTHAL LEWIS
KUHN TAYLOR SWAN P.C.

*s/ Andrew E. Swan*
Michael D. Kuhn
Andrew E. Swan
3773 Cherry Creek North Drive, Suite 710
Denver, Colorado 80209
mkuhn@ll.law
aswan@ll.law

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

*s/ Ryan P. Lessmann*
Ryan P. Lessmann
Emely Y. Garcia
950 17th Street, Suite 2600
Denver, Colorado 80202
ryan.lessmann@jacksonlewis.com
emely.garcia@jacksonlewis.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that on this 16th day of February, 2024, a true and correct copy of the foregoing **JOINT MOTION FOR LEAVE TO FILE EXHIBIT TO JOINT MOTION TO STAY LITIGATION PENDING ARBITRATION AS RESTRICTED** was filed and served via CM/ECF upon the following:

Michael D. Kuhn
Andrew E. Swan
Leventhal Lewis Kuhn Taylor Swan, P.C.
3773 Cherry Creek North Drive, Suite 710
Denver, Colorado 80209
mkuhn@ll.law
aswan@ll.law

*Attorneys for Plaintiff*

s/ *Arianna N. Cooper*
for Jackson Lewis P.C.